UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAULIO ULISES REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GISELLE MATTESON, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00815-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME<br><br>ECF No. 20 |

　　Plaintiff has filed a motion for second extension of time to file an amended complaint. Good cause appearing, it is hereby ORDERED that:

　　1. Plaintiff's motion for an extension of time, ECF No. 20, is granted;

　　2. Plaintiff is granted sixty days from the date of this order in which to file a second amended complaint; and

　　3. Plaintiff is admonished that the court is not inclined to grant any further extensions of time absent a showing of extraordinary cause.

IT IS SO ORDERED.

Dated:　February 17, 2021　　　　　　　　　　　　/s/ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28