1
2
3
4
5
6
7

8                  UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BRAULIO ULISES REYES,                    Case No. 2:20-cv-00815-JDP (PC)

12              Plaintiff,                     FINDINGS AND RECOMMENDATIONS
                                               THAT THIS ACTION BE DISMISSED FOR
13        v.                                   FAILURE TO PROSECUTE, FAILURE TO
                                               COMPLY WITH COURT ORDERS, AND
14    GISELLE MATTESON, *et al.*,              FAILURE TO STATE A CLAIM

15              Defendants.                    OBJECTIONS DUE WITHIN FOURTEEN
                                               DAYS
16

17

18

19        On November 10, 2020, I screened plaintiff's first amended complaint, notified plaintiff

20   that it failed to state a claim, and allowed plaintiff sixty days to file a second amended complaint.

21   ECF No. 17.  I subsequently granted plaintiff two sixty-day extensions, the most recent of which

22   ran through April 19, 2021, to file a second amended complaint.  ECF Nos. 19, 21.  Despite those

23   extensions, he did not timely file a second amended complaint.  Accordingly, on May 5, 2021, I

24   ordered him to show cause within twenty-one days why this action should not be dismissed for

25   failure to prosecute and failure to state a claim.  ECF No. 22.  I also notified him that if he wished

26   to continue with this lawsuit, he would need to file a second amended complaint.  I warned him

27   that failure to comply with the May 5 order would result in a recommendation that this action be

28   dismissed.

1

The deadline has passed, and plaintiff has not filed a second amended complaint or otherwise responded to the May 5, 2021 order.  Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a United States District Judge to this case.

Further, it is RECOMMENDED that:

1.  This action be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the November 10, 2020 order.  *See* ECF No. 17.

2.  The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.


Dated:  ___June 28, 2021___                    _____
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE